IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR518 |
| | ) | |
| v. | ) | |
| | ) | |
| LANCE A. COFFER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to suppress evidence (Filing No. 13), and the report and recommendation of the magistrate judge in the transcript (Filing No. 23). The Court has reviewed defendant's statement of objections (Filing No. 28) and brief (Filing No. 29) in opposition to said report and recommendation.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review and finds that the report and recommendation of the magistrate judge should be approved and adopted by the Court. Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's motion to suppress is denied;

3) Trial of this matter is scheduled for:

**Tuesday, July 5, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between May 23, 2005, and July 6, 2005, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court